IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN - 9 2013

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V | § | NO:  7:12-CR-05-O |
| | § | |
| ANTHONY DIPALMA (9) | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

ANTHONY DIPALMA, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th

Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea of

guilty to **Count 8 of the 1st Superseding Indictment.** After cautioning and examining

**ANTHONY DIPALMA** under oath concerning each of the subjects mentioned in Rule 11, I

determined that the guilty plea was knowledgeable and voluntary and that the offense charged is

supported by an independent basis in fact containing each of the essential elements of such

offense.  I therefore recommend that the plea of guilty be accepted and that **ANTHONY**

**DIPALMA** be adjudged guilty and have sentence imposed accordingly.

Date:   January 9, 2013

_____
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within
fourteen (14) days from the date of its service shall bar an aggrieved party from attacking
such Report and Recommendation before the assigned United States District Judge. 28
U.S.C. §636(b)(1)(B).